# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Agustin Fernandez Montes,<br>a.k.a.: Augustine Fernandez Montes,<br>a.k.a.: Agustin Fernandez-Montes,<br>(A 205 137 646)<br>*Defendant* | )<br>)<br>) Case No. 17-7028MJ<br>)<br>)<br>) |

DOA: 2/3/17

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of February 3, 2017 in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Agustin Fernandez Montes, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about December 15, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CEB
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Abbie Broughton Marsh

☒ Continued on the attached sheet.

*Complainant's signature*

Darrin J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 6, 2017

*Judge's signature*

Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On February 3, 2017, while following a lead, the Phoenix ICE Mobile Criminal Alien Team encountered Agustin Fernandez Montes at a hotel room he was checked into on North Black Canyon Street in Phoenix, Arizona. At the scene, ICE Officer M. Paredes interviewed Fernandez Montes and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, Fernandez Montes was transported to the Phoenix ICE office for further investigation and processing. Fernandez Montes was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Agustin Fernandez Montes to be a citizen of Mexico and a previously deported criminal alien. Fernandez Montes was removed from the United States to Mexico, at or near Nogales, Arizona, on or about December

15, 2011, pursuant to an order of removal issued by an immigration judge. There is no record of Fernandez Montes in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Fernandez Montes' immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Agustin Fernandez Montes was convicted of Possession of Narcotic Drugs for Sale, a felony offense, on May 10, 2011, in the Superior Court of Arizona, Maricopa County. Fernandez Montes was sentenced to six (6) months' incarceration and three (3) years' probation. Fernandez Montes' criminal history was matched to him by electronic fingerprint comparison.

5. On February 3, 2017, Agustin Fernandez Montes was advised of his constitutional rights. Fernandez Montes freely and willingly agreed to provide a statement under oath. Fernandez Montes stated that his true and complete name is Agustin Fernandez Montes and that he is a citizen of Mexico. Fernandez Montes stated that he illegally entered the United States "2 meses i medio," through "altar sonora," without inspection by an immigration officer. Fernandez Montes further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

3

6. For these reasons, this affiant submits that there is probable cause to believe that on or about February 3, 2017, Agustin Fernandez Montes, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about December 15, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 6th day of February, 2017.

_____
Bridget S. Bade,
United States Magistrate Judge

4